UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TONY G. HEWITT, | ) | |
|     Plaintiff, | ) | 3:11-cv-00598-RCJ-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
|     Defendants. | ) | |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by a pro se prisoner in the custody of the Nevada Department of Corrections. By order filed January 10, 2012, the Court dismissed the complaint with leave to amend the Eighth Amendment and ADA claims. (ECF No. 5).

    **IT IS THEREFORE ORDERED** that the amended complaint shall be filed within **thirty (30) days** from the date of entry of this order. Failure to file an amended complaint may result in dismissal of this action.

    Dated this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE