UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TONY G. HEWITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:11-CV-00598-RCJ-VPC |
| v. | ) |
| | ) |
| ADAM LUIS, e*t al.*, | ) O R D E R |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #34) entered on July 2, 2013, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #26). Also, before the Court is the Report and Recommendation of United States Magistrate (#35) entered on July 3, 2013, in which the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motion for a Show Cause Hearing for Retaliatory Acts against Plaintiff (#30). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #34, 35).

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #26) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

///

///

1  IT IS FURTHER ORDERED that Plaintiff's Motion for a Show Cause Hearing for
2  Retaliatory Acts against Plaintiff (#30) is DENIED.
3  IT IS SO ORDERED this 30th day of August, 2013.

```
                                        _____
                                        ROBERT C. JONES
                                        UNITED STATES CHIEF DISTRICT JUDGE
```