1

2

3                          UNITED STATES DISTRICT COURT

4                                 DISTRICT OF NEVADA

5                                     * * * * *

6   TONY G. HEWITT,                          )
                                             )
7              Plaintiff,                     )
                                             )          CASE NO.: 3:11-CV-00598-RCJ-VPC
8    v.                                       )
                                             )
9   ADAM LUIS, et al.,                        )          O R D E R
                                             )
10             Defendants.                    )
    _____ )

11

12          The Court has considered the Report and Recommendation of United States Magistrate

13   (ECF #34) entered on July 2, 2013, in which the Magistrate Judge recommends that the Court enter

14   an order granting Defendants' Motion for Summary Judgment (ECF #26).   Also, before the Court is

15   the Report and Recommendation of United States Magistrate (#35) entered on July 3, 2013, in which

16   the Magistrate Judge recommends that the Court enter an order denying Plaintiff's Motion for a Show

17   Cause Hearing for Retaliatory Acts against Plaintiff (#30).   The Court has considered the pleadings

18   and memoranda of the parties and other relevant matters of record and has made a review and

19   determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and

20   good cause appearing, the court hereby

21          ADOPTS AND ACCEPTS the Report and Recommendation of the United States

22   Magistrate Judge (ECF #34, 35).

23          IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #26)

24   is GRANTED.   The Clerk of the Court shall enter judgment accordingly.

25   ///

26   ///

1          IT IS FURTHER ORDERED that Plaintiff's Motion for a Show Cause Hearing for

2   Retaliatory Acts against Plaintiff (#30) is DENIED.

3          IT IS SO ORDERED this 30th day of August, 2013.

ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE